UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>          Plaintiff,<br><br>     v.<br><br>B. POWELL, et al.,<br><br>          Defendants. | No. 2:24-cv-1279 TLN DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied as moot;

2. The Findings and Recommendations issued May 29, 2024 (ECF No. 7) are vacated;

3. Plaintiff's motion to dismiss this case (ECF No. 8) is granted;

4. This case is dismissed without prejudice; and

////

////

////

////

////

1

5.  The Clerk for the Court is directed to close this case.

Dated:  June 25, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/harp1194.59

2